# UNITED STATES DISTRICT COURT **FILED**

**EASTERN** DISTRICT OF **CALIFORNIA**

----oOo----

MAR - 7 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Eva Holland
Lili Holland
Jeremiah Colcleasure

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

**MAG** · 05 - 063 PAN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 25, 2004** in Placer County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ **agree, combine and conspire to commit arson**

in violation of Title **18**, United States Code, Section 844(n). I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

▸ **See Attachment**

**X** Continued on the attached sheet and made a part hereof.

_Nasson Walker_
Nasson Walker
Special Agent, FBI

Sworn to before me, and subscribed in my presence

March 6, 2005

Date

at    Sacramento, California
City and State

Hon. Peter A. Nowinski
United States Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer

1

2          EASTERN DISTRICT OF CALIFORNIA

3              SACRAMENTO, CALIFORNIA

4                    AFFIDAVIT

5      I.   BACKGROUND AND EXPERIENCE OF AGENT

6          I, Nasson Walker, Special Agent of the Federal

7  Bureau of Investigation (FBI), United States Department of

8  Justice, having been duly sworn, do depose and state the

9  following:

10         1.   I have been a Special Agent of the FBI since

11 June 2004.  I have been assigned to the Domestic Terrorism

12 squad for the Sacramento Division since my arrival in

13 Sacramento in November 2004, and have investigated primarily

14 those matters involving environmental terrorism.

15         2.   I am currently investigating a series of three

16 interrelated arsons that are believed to have been committed

17 by members of the Earth Liberation Front (ELF) eco-terrorist

18 group.  The targets of each of these arson attacks were

19 buildings under construction which, upon completion, were to

20 be sold or rented in the local real estate market.  I am

21 aware that it is a violation of 18 U.S.C. § 844(i) to use

22 fire to damage or destroy a building used in or affecting

23 interstate commerce.

24         3.   Based on my personal participation in this

25 investigation, including my discussion with other

26 investigating agents, other law enforcement agencies, and

27 interviews with reliable witnesses, I am familiar with the

28 facts and circumstances of this investigation.  The

1

1  information set forth herein, in this Affidavit, reflects my
2  personal knowledge or has been provided to me by other law
3  enforcement officers, investigative analysts and agents with
4  whom I have spoken, or whose reports I have reviewed.

5      4.  This affidavit is made in support of a warrant
6  for the arrest of EVA ROSE HOLLAND, LILI MARIE HOLLAND, and
7  JEREMIAH COLCLEASURE for violations of 18 U.S.C. Sections
8  844(n) (conspiracy to commit arson).

9          II.  PROBABLE CAUSE

10         A.  Background of ELF

11     5.  The Earth Liberation Front (ELF) is a
12  recognized eco-terrorist group.  A major concern of ELF is
13  suburban real estate development.  Environmental extremists
14  under the Earth Liberation Front banner have been known to
15  use arson and sabotage to attempt to stop development.  Since
16  1997 estimates of damage inflicted by ELF run in excess of
17  $100 million.

18     6.  ELF adherents share a strong philosophical
19  connection to the anarchist movement.

20         B.  12/27/2004 Attempted Arson in Lincoln, CA

21     7.  On December 27, 2004, at the Verdera Models
22  construction site located in Lincoln, CA incendiary devices
23  were located in two houses under construction on Flores Court
24  in the Twelve Bridges development.  These devices were
25  capable of causing extensive fire damage to the structures if
26  they had successfully functioned.  The Placer County Bomb
27  Squad, utilizing their EOD (explosives ordnance disposal)
28  robot, rendered these devices safe.  The letters "ELF" were

2

1  painted on the street of the cul-de-sac where these homes
2  were located.

3      8.  Graffiti was discovered on another house under
4  construction in the same development. The graffiti found at
5  the scene included notations such as "Enjoy the world as is -
6  as long as you can", "U will pay", "Evasion", "4 Q" and
7  "Leave". This house also sustained broken windows. Across
8  the street from this house a tractor had been vandalized with
9  the notation "Disarm or die".

10     9.  The four incendiary devices that were found at
11 the scene are described as being a white plastic five-gallon
12 bucket containing a gasoline/diesel mixture. On top of each
13 of the white five-gallon buckets, there was affixed, a
14 sixteen inch by sixteen inch square wooden truss assembly, to
15 which was affixed, a white plastic manual kitchen timer with
16 red electrical wires leading to a road flare. Attached to
17 the dial of the kitchen timer were wooden matches, red tape
18 with a 9-volt Duracel battery and connector. Attached to the
19 striker end of the road flare were several paper matches
20 taped with black electrical tape. Inside the taped matches
21 were igniters. The ends of the electrical wires were cut and
22 soldered. The wooden matches were glued to the dial of the
23 manual kitchen timer.

24     C.  01/12/2005 Attempted Arson in Auburn, CA

25     10.  On January 12, 2005, five incendiary devices
26 were located in a commercial building under construction in
27 Auburn, California that, upon completion, were to be rented
28 as doctor's offices. The devices were found at 440 Auburn

3

1  Folsom Road, which is part of the Parkhill Professional
2  Center.

3       11.  The incendiary devices were found by
4  construction workers who notified the Auburn Police
5  Department.  The Auburn Police Department, along with the
6  Placer County Sheriffs Department EOD (explosives ordnance
7  disposal), rendered the devices inoperable.

8       12.  The incendiary devices found at the Auburn
9  site are similar to the devices discovered in Lincoln, CA on
10  December 27, 2004, at the Verdera at Twelve Bridges
11  construction site.

12       13.  The five incendiary devices that were found at
13  the scene are described as being white and orange plastic
14  five gallon buckets containing a gasoline/diesel mixture.  On
15  top of each of the plastic five gallon buckets, there were
16  pieces of wooden framing material to which was affixed a
17  white plastic manual kitchen timer with green electrical
18  wires leading to a fifteen minute road flare.  The green
19  electrical wires were attached to the kitchen timer with
20  yellow and black tape.  Attached to the dial of the kitchen
21  timer were wooden matches, a 9-volt Duracel battery, and
22  electrical connectors.  Attached to the striker end of the
23  road flare were several paper matches taped with yellow,
24  green, and black electrical tape.  Inside the taped matches
25  were igniters.  The wooden matches were glued to the dial of
26  the manual kitchen timer.

27       D.  01/15/2005 "Emma Goldman" Letter
28       14.  On January 15, 2005, a letter claiming

4

1  responsibility for "the actions taken in Placer County (CA)"
2  was received by several media outlets including the  Auburn
3  Journal, Roseville Press Tribune, Lincoln News Messenger, and
4  Sacramento Bee.  The letter mentions the "4 homes in JTS
5  Communities Twelve Bridges housing development in the city of
6  Lincoln and the Park Hill Office buildings under
7  construction, in the city of Auburn," both located in Placer
8  County.

9      15.  The return address on the letter indicated it
10  was from "Emma Goldman."  Emma Goldman is a major figure in
11  the history of anarchism.  As previously indicated there is a
12  strong connection between the ELF and the anarchist movement.

13      16.  The rambling, two-page letter, which appears
14  to have been computer generated, generally decries various
15  aspects of modern life, including real-estate development,
16  and promises that "there will be at least one or more actions
17  every few weeks."

18      17.  The letter concludes, "With sincere love,
19  'Agent Emma Goldman and the Crimethinc Senior Officers of the
20  Earth Liberation Front'" and also references eight  websites,
21  including "www.crimthinc.com."  The latter website describes
22  itself as an "ex-workers' collective" and generally expresses
23  an anarchistic philosophy.

24      E.  02/07/2005 Arson in Sutter Creek

25      18.  On 02/07/2005, seven incendiary devices were
26  found in five buildings of the Pinewoods Apartment Homes
27  complex, located at 1 Pinewoods Lane, Sutter Creek, CA.
28  These buildings were either completed or in the final stages

5

1  of construction. Some of the renters were scheduled to move
2  in that same day.

3       19. Graffiti found at the site included "ELF" and
4  "We will win" in red paint.

5       20. Upon activation of the fire alarms at the
6  apartment complex, the apartment manager contacted the Sutter
7  Creek Fire Department. Sprinkler systems installed in the
8  Buildings extinguished six of the seven devices. The fire
9  caused by one device was extinguished by the fire department.
10 Damage was estimated at $50,000 by the general contractor, J.
11 R. Roberts.

12      21. The devices, all in various stages of being
13 burned, appear to be constructed using materials consisting
14 of, but not limited to, plastic milk jugs, flammable liquids,
15 matches and sponges. This is unlike the construction of
16 those devices found on December 27, 2004 in Lincoln, CA and
17 on January 12, 2005 in Auburn, CA.

18      22. Sutter Creek is located approximately 45 miles
19 southeast of Sacramento, approximately 55 miles from Auburn,
20 and approximately 62 miles from Lincoln, CA, sites of recent
21 attempted arsons within the Sacramento area.

22      23. Found at the seven burn sites, the devices
23 consisted of plastic containers filled with gasoline. The
24 containers ranged from 20-ounce to 64-ounce to one gallon
25 plastic milk containers. Several of the containers were
26 placed at the scene in black plastic bags. One of the
27 incendiary devices had a blue colored latex glove as a wick.
28 Found adjacent to one of the devices was a white plastic cap-

1   like lid.  Attached to several of the containers were the
2   remains of burned green sponge/scouring pads and clear
3   plastic one-inch diameter plastic containers.  Also found at
4   the site was graffiti saying, "We will win" and "ELF" spray-
5   painted with red paint on the exterior of a metal storage
6   building.  Adjacent to the Sutter Creek site, tire
7   impressions and shoe prints were found in the soil adjacent
8   to the area of egress.

9        F.  Interview of Jeremiah Colcleasure

10       24.  On 03/04/2005, Jeremiah Colcleasure was
11  interviewed and related the following information.  On
12  12/24/2004, he attended a party at the home of Eva and Lili
13  Holland at 2555 Newcastle Road, Newcastle, CA.  Also in
14  attendance was Ryan Daniel Lewis.  Following the party,
15  Colcleasure, Lewis, Eva Holland, and Lili Holland left the
16  residence in Ryan Lewis' green Subaru wagon.  Colcleasure
17  recalled that the interior of the vehicle smelled like fuel;
18  to combat the odor, Lewis burned incense and Lili and Eva
19  Holland sprayed deodorizer.

20       25.  The four of them drove to the Verdera Models
21  at Twelve Bridges development in Lincoln, CA, where they
22  unloaded several 5-gallon buckets of fuel onto the street on
23  Flores Court.  Eva Holland then drove the car to another
24  location while the remaining three set up incendiary devices
25  inside two of the homes under construction.  They used small,
26  wooden trusses found at the location to support the devices
27  on top of the buckets.  Ryan Lewis set the devices on top of
28  the trusses and wound the dial on the kitchen timers.  Ryan

7

1  Lewis then spilled paint on the street of the Flores Court
2  cul-de-sac spelling, "ELF".  At a home under construction a
3  short distance from the Flores Court cul-de-sac, Jeremiah
4  Colcleasure spray-painted notations such as, "4Q!" and "quit
5  destroying their homes."  He also broke one window.

6              G.    Interview of Lili Holland

7              26.   On 03/04/2005, Agents interviewed Lili
8  Holland, who provided the following information.  On
9  12/24/2004, she attended a party at her residence, 2555
10  Newcastle Road, Newcastle, CA with her sister, Eva Holland,
11 Ryan Lewis, and Jeremiah Colcleasure.  At approximately
12 midnight, Ryan Lewis met with Lili and Eva Holland and
13 advised that he had obtained fuel and buckets and had devices
14 to "set them off".  He also advised that they would be
15 traveling to Lincoln, CA.  Colcleasure later requested to
16 join the other three, although Lili Holland advised that he
17 did not initially understand the purpose of the trip.

18              27.   The four of them drove to the Verdera Models
19 at Twelve Bridges development under construction in Lincoln,
20 CA in Ryan Lewis' Subaru wagon.  When they arrived, they
21 first broke windows at a home under construction.  All four
22 participated in breaking these windows.  They then drove to
23 the Flores Court cul-de-sac, where Eva Holland dropped off
24 the others before taking the car by herself to a meeting
25 location near the entrance of the development.  At Flores
26 Court, Ryan Lewis unloaded two or three 5 gallon buckets of
27 fuel with lids attached.  Lewis carried them inside two homes
28 at the location.  He also carried a backpack, which contained

8

1 | components of incendiary devices. Colcleasure and Lewis set
2 | wooden trusses on top of the buckets; then Lewis planted the
3 | devices, which included a road flare and kitchen timer.

4 | 28. When they finished, Lewis spilled paint found
5 | at the construction site on the street of the cul-de-sac,
6 | spelling, "ELF". They then walked to Eva Holland's location
7 | and returned to the Holland residence on 12/25/04 between
8 | 4:00am and 4:30am.

9 | 29. While traveling in Eva Holland's car,
10 | approximately four or five days after their visit to Lincoln,
11 | CA, Eva Holland, Lili Holland, and Ryan Lewis had a
12 | discussion about their activities on 12/24-25/2004. Lewis
13 | expressed shock and disappointment that the incendiary
14 | devices did not go off. He said that in spite of their
15 | failure, he hoped the action would still make a statement.

16 | III. CONCLUSION

17 | 29. Based on the facts set forth in this
18 | Affidavit, I have probable cause to believe that Eva Holland,
19 | Lili Holland, and Jeremiah Colcleasure have violated Title 18
20 | U.S.C. Sections 844(n)(Conspiracy to commit arson).

21 | I declare under penalty of perjury under the laws
22 | of the United States of America that the foregoing is true
23 | ////
24 | ////
25 | ////
26 | ////
27 | ////
28 | ////

9

1   and correct to the best of my knowledge and belief.

2

3                              Nasson Walker

4                              Special Agent
                             Federal Bureau of Investigation
5                              Sacramento, California

6   Subscribed and sworn to before me this 6th day of March ,
    2005.
7

8

9                              Hon. Peter A. Nowinski
10                             U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10