1 | McGREGOR W. SCOTT
United States Attorney
2 | R. STEVEN LAPHAM
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 551-2724



**FILED**

MAR 1 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | CR. NO. S-05-083-EJG |
|----|---------------------------|---|----------------------|
| 12 | Plaintiff, | ) | VIOLATIONS: 18 U.S.C. |
| 13 | v. | ) | § 844(n) - Conspiracy to Commit Arson; 18 U.S.C. |
| 14 | RYAN DANIEL LEWIS, | ) | § 844(i) - Attempted Arson (3 Counts); 18 |
| 15 | EVA ROSE HOLLAND, LILI MARIE HOLLAND, and | ) | U.S.C. § 844(i) - Arson (5 Counts) |
| 16 | JEREMIAH COLCLEASURE, | ) | |
| 17 | Defendants. | ) | |

18

19                S U P E R S E D I N G   I N D I C T M E N T

20   COUNT ONE:  [18 U.S.C. § 844(n) - Conspiracy to Commit Arson]

21        The Grand Jury charges: T H A T

22                        RYAN DANIEL LEWIS,
                          EVA ROSE HOLLAND,
23                        LILI MARIE HOLLAND, and
                          JEREMIAH COLCLEASURE,
24

25   defendants herein, between on or about December 24, 2004, and on

26   or about January 12, 2005, in the County of Placer, State and

27   Eastern District of California, did knowingly and intentionally

28   agree, combine and conspire with each other to maliciously damage

1

1 | and destroy by means of fire and explosives buildings and other
2 | real and personal property used in interstate commerce, and in
3 | activities affecting interstate commerce, to wit, residential and
4 | commercial structures under construction and intended for sale or
5 | rental upon completion, in violation of Title 18, United States
6 | Code, Sections 844(i) and (n).

7 | COUNT TWO: [18 U.S.C. § 844(i) - Attempted Arson]

8 | The Grand Jury further charges: T H A T

9 | RYAN DANIEL LEWIS,
EVA ROSE HOLLAND,
10 | LILI MARIE HOLLAND, and
JEREMIAH COLCLEASURE,
11 |

12 | defendants herein, on or about December 25, 2004, in the County
13 | of Placer, State and Eastern District of California, did
14 | knowingly and maliciously damage and destroy, and attempt to
15 | damage and destroy, by means of fire, a building and other real
16 | and personal property used in interstate commerce, and in
17 | activities affecting interstate commerce, specifically, a
18 | residential home under construction and intended for sale in the
19 | residential real estate market, located at 308 Flores Court in
20 | the Twelve Bridges development, Lincoln, California, in violation
21 | of Title 18, United States Code, Section 844(i).

22 | COUNT THREE: [18 U.S.C. § 844(i) - Attempted Arson]

23 | The Grand Jury further charges: T H A T

24 | RYAN DANIEL LEWIS,
EVA ROSE HOLLAND,
25 | LILI MARIE HOLLAND, and
JEREMIAH COLCLEASURE,
26 |

27 | defendants herein, on or about December 25, 2004, in the County
28 | of Placer, State and Eastern District of California, did

2

1  knowingly and maliciously damage and destroy, and attempt to
2  damage and destroy, by means of fire, a building and other real
3  and personal property used in interstate commerce, and in
4  activities affecting interstate commerce, specifically, a
5  residential home under construction and intended for sale in the
6  residential real estate market, located at 312 Flores Court in
7  the Twelve Bridges development, Lincoln, California, in violation
8  of Title 18, United States Code, Section 844(i).
9  COUNT FOUR: [18 U.S.C. § 844(i) - Attempted Arson]
10        The Grand Jury further charges:   T H A T
11                   RYAN DANIEL LEWIS and
                     EVA ROSE HOLLAND,
12
13  defendants herein, on or about January 12, 2005, in the County of
14  Placer, State and Eastern District of California, did knowingly
15  and maliciously attempt to damage and destroy, by means of fire,
16  a building and other real and personal property used in
17  interstate commerce, and in activities affecting interstate
18  commerce, specifically, a commercial building under construction
19  located at 440 Auburn Folsom Road, Auburn, California, in
20  violation of Title 18, United States Code, Section 844(i).
21  COUNT FIVE: [18 U.S.C. § 844(i) - Arson]
22        The Grand Jury further charges:   T H A T
23                     RYAN DANIEL LEWIS,
24  defendant herein, on or about February 7, 2005, in the County of
25  Amador, State and Eastern District of California, did knowingly
26  and maliciously damage and destroy, and attempt to damage and
27  destroy, by means of fire, a building and other real and personal
28  property used in interstate commerce, and in activities affecting

3

1 interstate commerce, specifically, a 24-unit apartment building
2 located at 1 Pinewoods Lane, Building 1, Sutter Creek,
3 California, in violation of Title 18, United States Code, Section
4 844(i).

5 COUNT SIX: [18 U.S.C. § 844(i) - Arson]

6          The Grand Jury further charges:  T H A T
7                        RYAN DANIEL LEWIS,

8 defendant herein, on or about February 7, 2005, in the County of
9 Amador, State and Eastern District of California, did knowingly
10 and maliciously damage and destroy, and attempt to damage and
11 destroy, by means of fire, a building and other real and personal
12 property used in interstate commerce, and in activities affecting
13 interstate commerce, specifically, a 16-unit apartment building
14 located at 1 Pinewoods Lane, Building 2, Sutter Creek,
15 California, in violation of Title 18, United States Code, Section
16 844(i).

17 COUNT SEVEN: [18 U.S.C. § 844(i) - Arson]

18          The Grand Jury further charges:  T H A T
19                        RYAN DANIEL LEWIS,

20 defendant herein, on or about February 7, 2005, in the County of
21 Amador, State and Eastern District of California, did knowingly
22 and maliciously damage and destroy, and attempt to damage and
23 destroy, by means of fire, a building and other real and personal
24 property used in interstate commerce, and in activities affecting
25 interstate commerce, specifically, a 24-unit apartment building
26 located at 1 Pinewoods Lane, Building 3, Sutter Creek,
27 California, in violation of Title 18, United States Code, Section
28 844(i).

4

1  COUNT EIGHT: [18 U.S.C. § 844(i) - Arson]

2      The Grand Jury further charges: T H A T

3                          RYAN DANIEL LEWIS,

4  defendant herein, on or about February 7, 2005, in the County of

5  Amador, State and Eastern District of California, did knowingly

6  and maliciously damage and destroy, and attempt to damage and

7  destroy, by means of fire, a building and other real and personal

8  property used in interstate commerce, and in activities affecting

9  interstate commerce, specifically, a 24-unit apartment building

10  located at 1 Pinewoods Lane, Building 4, Sutter Creek,

11  California, in violation of Title 18, United States Code, Section

12  844(i).

13  COUNT NINE: [18 U.S.C. § 844(i) - Arson]

14      The Grand Jury further charges: T H A T

15                          RYAN DANIEL LEWIS,

16  defendant herein, on or about February 7, 2005, in the County of

17  Amador, State and Eastern District of California, did knowingly

18  and maliciously damage and destroy, and attempt to damage and

19  destroy, by means of fire, a building and other real and personal

20  property used in interstate commerce, and in activities affecting

21  interstate commerce, specifically, a 24-unit apartment building

22  located at 1 Pinewoods Lane, Building 5, Sutter Creek,

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

                                5

1  California, in violation of Title 18, United States Code, Section
2  844(i).

3                                    A TRUE BILL.

4

5                                    FOREPERSON

6

7  McGREGOR W. SCOTT
   United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    6

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### RYAN DANIEL LEWIS; EVA ROSE HOLLAND; LILI MARIE HOLLAND; and JEREMIAH COLCLEASURE

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 844(n) - Conspiracy to Commit Arson; 18 U.S.C. § 844(i) - Attempted Arson (3 Counts); 18 U.S.C. § 844(i) - Arson (5 Counts)

*A true bill,*

S /

*Foreman.*

*Filed in open court this* ___ *day*

*of* ___ *A.D. 20 05*

*Clerk.*

*Bail, $* Nognolers never as to faris, E +L. Holland; also as to J. Colcleasure

GPO 863 525

PENALTY SLIP
SUPERSEDING INDICTMENT

| | |
|---|---|
| **COUNT 1** | **Ryan Daniel Lewis; Eva Rose Holland; Lili Marie Holland Jeremiah Colcleasure** |
| VIOLATION: | 18 U.S.C. § 844(n) - Conspiracy to Commit Arson |
| PENALTY: | Mandatory minimum 5 to 20 years imprisonment, |
| | Not more than $250,000 fine, or both; |
| | 5-year term supervised release. |
| **COUNTS 2 & 3** | **Ryan Daniel Lewis; Eva Rose Holland; Lili Marie Holland Jeremiah Colcleasure** |
| VIOLATION: | 18 U.S.C. § 844(i) - Attempted Arson |
| PENALTY: | Mandatory minimum 5 to 20 years imprisonment, |
| | Not more than $250,000 fine, or both; |
| | 5-year term supervised release. |
| **COUNT 4** | **Ryan Daniel Lewis and Eva Rose Holland** |
| VIOLATION: | 18 U.S.C. § 844(i) - Attempted Arson |
| PENALTY: | Mandatory minimum 5 to 20 years imprisonment, |
| | Not more than $250,000 fine, or both; |
| | 5-year term supervised release. |
| **COUNTS 5 thru 9** | **Ryan Daniel Lewis** |
| VIOLATION: | 18 U.S.C. § 844(i) - Arson |
| PENALTY: | Mandatory minimum 5 to 20 years imprisonment, |
| | Not more than $250,000 fine, or both; |
| | 5-year term supervised release. |
| ASSESSMENT: | Mandatory $100 special assessment each count. |