```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RYAN LEWIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-05-0083 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| RYAN LEWIS, EVA HOLLAND, LILI HOLLAND, and JEREMIAH COLCLEASURE, | Date: May 20, 2005<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendants. | C/EJG |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and all defendants, through their respective attorneys, that the status conference scheduled for May 20, 2005, may be continued to July 15, 2005, at 10:00 a.m.

Defense counsel and their clients continue to review discovery as it is released to them. All parties are considering or investigating a number of factual and legal issues and agree that additional time is necessary before the case may be resolved or trial scheduled. So that

these tasks may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this Order through July 15, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

Dated: May 18, 2005                     /s/ Tim Zindel
                                        TIMOTHY ZINDEL
                                        Attorney for RYAN LEWIS

Dated: May 18, 2005                     /s/ Kevin Clymo
                                        KEVIN CLYMO
                                        Attorney for EVA HOLLAND

Dated: May 18, 2005                     /s/ Joseph Wiseman
                                        JOSEPH WISEMAN
                                        Attorney for LILI HOLLAND

Dated: May 18, 2005                     /s/ Scott Tedmon
                                        SCOTT TEDMON
                                        Attorney for JEREMIAH COLCLEASURE

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: May 18, 2005                     /s/ Steve Lapham
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////

Stip. in U.S.A. v. Lewis et al.         2

**O R D E R**

The status conference is continued to July 15, 2005, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated: May 18, 2005

                                        /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge