LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 224
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
JEREMIAH COLCLEASURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JEREMIAH COLCLEASURE, et al.,<br><br>             Defendants. | Cr. No. S-05-0083 EJG<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br>MODIFYING CONDITIONS<br>OF PRETRIAL RELEASE |

The United States of America, through Assistant U.S. Attorney R. Steven Lapham, and defendant Jeremiah Colcleasure, through his counsel Scott L. Tedmon, with the approval of Pretrial Services Officer Phil Davis, hereby stipulate and agree as follows:

1. On March 7, 2005, defendant Colcleasure was ordered released by Magistrate Kimberly J. Mueller on certain terms and conditions. One of defendant Colceasure's conditions of release was Special Condition 10, which states, "You are to remain in the residence of Donald And Debra Colcleasure between the hours of 10:00 p.m. and 6:00 a.m. unless your absence is approved by the Pretrial Services Officer." Special Condition 10 continues to remain in full force and effect.

2. Since his release from custody, defendant Colcleasure has complied with all terms and conditions of his pretrial release.

3. Since his release from custody, defendant Colcleasure has maintained employment as a

- 1 -

1  cook with Original Lorenzo's Restaurant, located in Loomis, California.  Defendant Colcleasure has
2  been an employee at Original Lorenzo's for the past three years.
3       4.  As an experienced cook, defendant Colcleasure frequently works the evening shift for
4  Original Lorenzo's.  It is common for employees of the evening shift to work past the hour of 10:00
5  p.m. in order to finish their work duties.  Given this fact, defendant Colcleasure's curfew of 10:00
6  p.m. is interfering with his ability to complete his work for his employer.
7       5.  This matter has been discussed by and between Pretrial Services Officer Phil Davis,
8  AUSA Steve Lapham and counsel for defendant Colcleasure, Scott Tedmon.  Given defendant
9  Colcleasure's satisfactory performance while on pretrial supervision, all parties agree and stipulate
10 the previously imposed curfew can be eliminated as a condition of release in order to allow
11 Colcleasure to properly finish his work duties.  As such, the parties respectfully request this Court
12 to  eliminate the curfew previously imposed as a condition of defendant Colcleasure's release.
13      Finally, Scott L. Tedmon has been authorized by counsel for the government to sign this
14 stipulation on their behalf.
15 **IT IS SO STIPULATED.**

16 DATED: May 27, 2005                     McGREGOR W. SCOTT
                                           United States Attorney
17
                                             /s/ R. Steven Lapham
18                                         R. STEVEN LAPHAM
                                           Assistant U.S. Attorney
19
   DATED: May 27, 2005                     LAW OFFICES OF SCOTT L. TEDMON
20
                                             /s/  Scott L. Tedmon
21                                         SCOTT L. TEDMON
                                           Attorney for Defendant Colcleasure
22
23 //
24 //
25 //
26 //
27 //
28 //

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, it is hereby ordered that Special Condition of Release 10, requiring that defendant Colcleasure remain in the residence of Donald and Debra Colcleasure between the hours of 10:00 p.m. to 6:00 a.m. unless approved by the Pretrial Services Officer, is eliminated. All other terms and conditions of defendant Colcleasure's pretrial release remain in full force and effect.

**IT IS SO ORDERED.**

Dated: _____, 2005

GREGORY G. HOLLOWS
United States Magistrate Judge