1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 224
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4
   Attorney for Defendant
5  JEREMIAH COLCLEASURE



FILED

JUN - 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,          )
12                                     )
              Plaintiff,               )   Cr. No. S-05-0083 EJG
13                                     )
                                       )   STIPULATION AND
14        v.                           )   [PROPOSED] ORDER
                                       )   MODIFYING CONDITIONS
15                                     )   OF PRETRIAL RELEASE
   JEREMIAH COLCLEASURE, et al.,       )
16                                     )
              Defendants.              )
17   _____)

18        The United States of America, through Assistant U.S. Attorney R. Steven Lapham, and

19  defendant Jeremiah Colcleasure, through his counsel Scott L. Tedmon, with the approval of Pretrial

20  Services Officer Phil Davis, hereby stipulate and agree as follows:

21        1. On March 7, 2005, defendant Colcleasure was ordered released by Magistrate Kimberly

22  J. Mueller on certain terms and conditions. One of defendant Colceasure's conditions of release was

23  Special Condition 10, which states, "You are to remain in the residence of Donald And Debra

24  Colcleasure between the hours of 10:00 p.m. and 6:00 a.m. unless your absence is approved by the

25  Pretrial Services Officer." Special Condition 10 continues to remain in full force and effect.

26        2. Since his release from custody, defendant Colcleasure has complied with all terms and

27  conditions of his pretrial release.

28        3. Since his release from custody, defendant Colcleasure has maintained employment as a

                                     - 1 -

1  cook with Original Lorenzo's Restaurant, located in Loomis, California. Defendant Colcleasure has
2  been an employee at Original Lorenzo's for the past three years.

3        4.  As an experienced cook, defendant Colcleasure frequently works the evening shift for
4  Original Lorenzo's. It is common for employees of the evening shift to work past the hour of 10:00
5  p.m. in order to finish their work duties. Given this fact, defendant Colcleasure's curfew of 10:00
6  p.m. is interfering with his ability to complete his work for his employer.

7        5.  This matter has been discussed by and between Pretrial Services Officer Phil Davis,
8  AUSA Steve Lapham and counsel for defendant Colcleasure, Scott Tedmon. Given defendant
9  Colcleasure's satisfactory performance while on pretrial supervision, all parties agree and stipulate
10 the previously imposed curfew can be eliminated as a condition of release in order to allow
11 Colcleasure to properly finish his work duties. As such, the parties respectfully request this Court
12 to eliminate the curfew previously imposed as a condition of defendant Colcleasure's release.

13       Finally, Scott L. Tedmon has been authorized by counsel for the government to sign this
14 stipulation on their behalf.

15       **IT IS SO STIPULATED.**

16 DATED: May 27, 2005                    McGREGOR W. SCOTT
                                        United States Attorney
17
                                        /s/ R. Steven Lapham
18                                      R. STEVEN LAPHAM
                                        Assistant U.S. Attorney
19
   DATED: May 27, 2005                    LAW OFFICES OF SCOTT L. TEDMON
20
                                        /s/ Scott L. Tedmon
21                                      SCOTT L. TEDMON
                                        Attorney for Defendant Colcleasure
22

23 //

24 //

25 //

26 //

27 //

28 //

                                        - 2 -

1                                          **ORDER**

2           GOOD CAUSE APPEARING and based upon the above stipulation, it is hereby ordered that

3   Special Condition of Release 10, requiring that defendant Colcleasure remain in the residence of

4   Donald and Debra Colcleasure between the hours of 10:00 p.m. to 6:00 a.m. unless approved by the

5   Pretrial Services Officer, is eliminated. All other terms and conditions of defendant Colcleasure's

6   pretrial release remain in full force and effect.

7           **IT IS SO ORDERED.**                    GREGORY G. HOLLOWS

8   Dated: ___June 6___, 2005
                                                     GREGORY G. HOLLOWS
9                                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -