1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4
   Attorney for Defendant
5  JEREMIAH COLCLEASURE

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      )
12                                 )
                Plaintiff,         )   Cr. No. S-05-0083 EJG
13                                 )
                                   )   STIPULATION AND
14       v.                        )   [PROPOSED] ORDER
                                   )   MODIFYING CONDITIONS
15                                 )   OF PRETRIAL RELEASE
   JEREMIAH COLCLEASURE, et al.,   )
16                                 )
                Defendants.        )
17                                 )

18       The United States of America, through Assistant U.S. Attorney R. Steven Lapham, and

19  defendant Jeremiah Colcleasure, through his counsel Scott L. Tedmon, with the approval of Pretrial

20  Services Officer Phil Davis, hereby stipulate and agree as follows:

21       1. On March 7, 2005, defendant Colcleasure was ordered released by Magistrate Kimberly

22  J. Mueller on certain terms and conditions. One of defendant Colcleasure's conditions of release was

23  Special Condition 3, which states, "You are released the third-party custody of Donald and Debra

24  Colcleasure." Special Condition 3 continues to remain in full force and effect. Another related

25  condition of defendant Colcleasure's release was Special Condition 4, which states, "You are to

26  reside at 4734 Wise Road, Lincoln, California and not absent yourself from this residence for more

27  than 24 hours without prior approval of the Pretrial Services Officer." At this time, Pretrial Services

28  Officer Phil Davis has no objection to defendant Colcleasure moving from the Wise Road residence

to an apartment located at 4209 Racetrack Road, Apartment #7, Rocklin, California 95677. Additionally, Pretrial Services Officer Davis has no objection the Court eliminating the third-party custody order previously entered.

2. Since his release from custody, defendant Colcleasure has complied with all terms and conditions of his pretrial release.

3. This matter has been discussed by and between Pretrial Services Officer Phil Davis, AUSA Steve Lapham and counsel for defendant Colcleasure, Scott Tedmon. Given defendant Colcleasure's satisfactory performance while on pretrial supervision, all parties agree and stipulate the previous condition requiring defendant Colcleasure to be in the third-party custody of his parents, Donald and Debra Colcleasure, be eliminated. Additionally, all parties agree and stipulate that defendant Colcleasure be allowed to change his place of residence to 4209 Racetrack Road, Apartment #7, Rocklin, California 95677. Based on this stipulation, the parties respectfully request that the Court eliminate the previously imposed third-party custody order. Additionally, the parties respectfully request that the Court order that defendant Colcleasure reside at 4209 Racetrack Road, Apartment #7, Rocklin, California 95677.

Finally, Scott L. Tedmon has been authorized by counsel for the government to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: December 2, 2005        McGREGOR W. SCOTT
                               United States Attorney

                                 /s/ R. Steven Lapham
                               R. STEVEN LAPHAM
                               Assistant U.S. Attorney

DATED: December 2, 2005        LAW OFFICES OF SCOTT L. TEDMON

                                 /s/ Scott L. Tedmon
                               SCOTT L. TEDMON
                               Attorney for Defendant Colcleasure

//

//

//

# ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, it is hereby ordered that Special Condition of Release 3, requiring that defendant Colcleasure be released to the third-party custody of Donald and Debra Colcleasure is eliminated. Additionally, it is hereby ordered that Special Condition 4 be amended to allow defendant Colcleasure to reside at 4209 Racetrack Road, Apartment #7, Rocklin, California 95677. All other terms and conditions of defendant Colcleasure's pretrial release remain in full force and effect.

**IT IS SO ORDERED.**

Dated: December 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE