LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
JEREMIAH COLCLEASURE

FILED

SEP 18 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )    No. Cr. S-05-0083 EJG
                                     )
      v.                             )    APPLICATION AND ORDER
                                     )    EXONERATING BAIL
                                     )
JEREMIAH COLCLEASURE, et al.         )
                                     )
            Defendants.              )
_____)

Defendant, JEREMIAH COLCLEASURE, through his counsel Scott L. Tedmon, applies for an order from this Court exonerating the bail posted to secure his release in this case. Defendant Colcleasure is making this application on the ground that his bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of the Court on the real property posted to secure defendant Colcleasure's release has not been extinguished and remains a cloud on title.

On May 19, 2006, the Court imposed a 24-month prison sentence with a voluntary surrender date of June 30, 2006. Defendant Colcleasure voluntarily surrendered to FCI Lompoc on June 30, 2006. As the case is now concluded, defendant Colcleasure requests that this Court exonerate bail in his case.

DATED: September 10, 2006                Respectfully submitted,
                                         LAW OFFICES OF SCOTT L. TESMON

                                         /s/ Scott L. Tedmon
                                         SCOTT L. TEDMON
                                         Attorney for Defendant Jeremiah Colcleasure

- 1 -

## ORDER

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the bail posted in this case to secure defendant Jeremiah Coleleasure's release is EXONERATED.

**IT IS SO ORDERED.**

DATED: September 15, 2006

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

- 2 -